IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREEM DAWUD FARRAKHAN, )<br>)<br>Plaintiff,                )<br>)<br>vs.                             )<br>)<br>CITY OF OMAHA,          )<br>)<br>Defendant.              ) | | 8:04cv133<br><br><br>ORDER |

| | | |
|---|---|---|
| KAREEM DAWUD FARRAKHAN, )<br>)<br>Plaintiff,                )<br>)<br>vs.                             )<br>)<br>CITY OF OMAHA,          )<br>)<br>Defendant.              ) | | 8:05cv444<br><br><br>ORDER |

| | | |
|---|---|---|
| KAREEM DAWUD FARRAKHAN, )<br>)<br>Plaintiff,                )<br>)<br>vs.                             )<br>)<br>CITY OF OMAHA,          )<br>)<br>Defendant.              ) | | 8:06cv317<br><br><br>ORDER |

The above-entitled cases all arise out of the same basic operative facts. Yet the cases are growing in number. The City of Omaha is now in default in Case No. 8:05cv444, having failed to answer the complaint within the time specified in filing no. 14 in that case, and Case No. 8:04cv133 has been on file since March of 2004 without significant progress. The time has come for a Status Conference and serious discussions regarding an omnibus settlement of these matters.

Therefore, a Status Conference is hereby scheduled to take place on **Wednesday**, **June 28, 2006**, **at 3:00 p.m.**, before the undersigned Magistrate Judge in Courtroom No. 6,

Second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.   At the conference, the plaintiff and lead counsel for the defendant will be expected to engage in a serious and good faith discussion of an omnibus settlement of the above-entitled cases and, if necessary, the viability of mediation or other forms of alternative dispute resolution as may be necessary to resolve these cases.

DATED this 20th day of June, 2006.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge